UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jackie Thompson, f/k/a Jackie Streich, an individual, | Court File No. _____ |
| Plaintiff, | |
| v. | **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Lupient Automotive Group, Inc., a Minnesota Corporation, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Lupient Automotive Group, Inc. hereby provides the following disclosure: (1) it has no parent corporation and (2) no publicly held corporation owns 10% or more of its stock.

 

NILAN JOHNSON LEWIS PA

Date: October 7, 2011  By: *Jacqueline A. Mrachek* (signature)
Jacqueline A. Mrachek (Reg. No. 216434)
400 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402-4501
612.305.7500
jmrachek@nilanjohnson.com

ATTORNEY FOR DEFENDANT

4827-3069-8250