UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jackie Thompson, f/ka/ Jackie Streich, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>Lupient Automotive Group, Inc., a Minnesota Corporation,<br><br>          Defendant. | Civil File No. 11-cv-02950 (PAM/TNL)<br><br>**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION** |

---

**PLEASE TAKE NOTICE** that Jacqueline A. Mrachek, counsel for Lupient Automotive Group, Inc., has joined the law firm of Faegre Baker Daniels LLP and is no longer affiliated with the law firm of Nilan Johnson Lewis PA.  All future notices, correspondence, and other filings should be sent to the address below:

Jacqueline A. Mrachek
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
jacqueline.mrachek@faegrebd.com

Dated: May 2, 2012					FAEGRE BAKER DANIELS LLP


							s/ Jacqueline A. Mrachek
							Jacqueline A. Mrachek (Atty No. 216434)
							  jacqueline.mrachek@faegrebd.com

							2200 Wells Fargo Center
							90 South Seventh Street
							Minneapolis, MN  55402-3901
							Phone:  (612) 766-7000

							Attorney for Defendant
							Lupient Automotive Group, Inc.